IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DOMINIQUE FOUNTAIN,**

   *Plaintiff*,

v.                               Case No.: 3:25cv491-MW/HTC

**ALLISON MCKENZIE, ASA,
and KATLYN OROBELLO, PD,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 12. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 12, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) as malicious for Plaintiff's abuse of the judicial process and for failure to state a claim. Dismissal is also appropriate for Plaintiff's failure to comply with Court

Orders." The Clerk shall close the file.

**SO ORDERED on June 9, 2025.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
